```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    25cr249-4(DLC)
            -v-                       :
                                      :         ORDER
JAYSEN DORSEY,                        :
                                      :
                        Defendant.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a bail review conference for defendant Jaysen Dorsey is scheduled for June 18, 2025 at 3:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         June 13, 2025

                                     _____
                                              DENISE COTE
                                     United States District Judge