UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :
                                          :        25cr249-4(DLC)
            -v-                           :
                                          :           ORDER
JAYSEN DORSEY,                            :
                                          :
                        Defendant.        :
                                          :
---------------------------------------- X

DENISE COTE, District Judge:

In two letters of November 10, defense counsel seeks appointment of a mitigation expert and the adjournment of sentencing. The requests are denied without prejudice to renewal.

The defendant entered a plea of guilty on September 11, 2025, at which time the sentence was scheduled for December 19. Defense counsel explains that during the defendant's Presentence interview, counsel learned of issues concerning the defendant's history that defense counsel may raise at sentencing. The interview occurred on October 3, 2025.

Ordinarily, a Presentence Report presents a fulsome review of a defendant's personal history and defense counsel's memorandum discusses and may add to that history and explains how the § 3553(a) factors apply to the defendant. Frequently, letters from family and/or friends accompany and support that memorandum. The Court will not appoint a mitigation expert to

duplicate the work typically performed by and expected of the Probation Department or defense counsel.  Where, however, defense counsel can identify a specific need and purpose for a mitigation expert, that application may be approved. Accordingly, it is hereby

ORDERED that the November 10 application for appointment of a mitigation expert and adjournment of sentence is denied without prejudice.

Dated:   New York, New York
         November 10, 2025

                                  _____
                                         DENISE COTE
                                  United States District Judge