```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :        25cr249-4(DLC)
            -v-                            :
                                           :           ORDER
JAYSEN DORSEY,                             :
                                           :
                      Defendant.           :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter is rescheduled to January 21, 2026 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          January 16, 2026

                              _____
                              DENISE COTE
                              United States District Judge